IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICKY TERRY,** *et al.*                                                                                              **PLAINTIFFS**

**v.**                                               **5:07CV00263-WRW**

**WILLIAM "BUD" DUNCAN, MD.**                                                              **DEFENDANT**

## ORDER

Pending is Plaintiffs' Motion in Limine (Doc. No. 11) in which Plaintiffs ask the Court to declare Ark. Code Ann. § 16-55-212(b) unconstitutional. Defendant has responded.[1]

The Arkansas Supreme Court recently accepted certification of this issue.[2] Accordingly, Plaintiffs' Motion is DENIED without prejudice.

IT IS SO ORDERED this 15th day of January, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 12.

[2] No. 1:06-CV-00017-JLH, Doc. No. 141 (E.D. Ark. Sept. 12, 2008).